**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**

**COURT OF APPEAL, THIRD CIRCUIT**

**04-414**

**TONYA HIDALGO, ET AL.**

**VERSUS**

**OPELOUSAS GENERAL HOSPITAL, ET AL.**

**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 00-C-4242-A
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE
**********

**GLENN B. GREMILLION**
**JUDGE**

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion and
Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Sera Hearn Russell, III**
**P. O. Box 53866**
**Lafayette, LA 70505-3866**
**(337) 237-7171**
**Counsel for Plaintiffs/Appellees**
    **Tonya Hidalgo**
    **Michael Lynn Hidalgo**

1

**Kenneth Gerard Miller**
**111 Mercury Street**
**Lafayette, LA 70503**
**(337) 289-1300**
**Counsel for Plaintiffs/Appellees**
**Tonya Hidalgo**
**Michael Lynn Hidalgo**

**Nicholas Gachassin, Jr.**
**Renee Marie Credeur**
**Gachassin Law Firm**
**P. O. Box 80369**
**Lafayette, LA 70598-0369**
**(337) 235-4576**
**Counsel for Intervenor/Appellee**
**Opelousas General Hospital**

**Kenneth Michael Henke**
**Nicole A. Fontenot**
**100 E. Vermilion St., Ste. 400**
**Lafayette, LA 70501**
**(337) 233-1100**
**Counsel for Defendant/Appellant**
**Louisiana Patients' Compensation Fund**